NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Thomas A. Rist (SBN 238090)
Rist Law Office, LC
2221 Camino Del Rio S. #300
San Diego, CA 92108
(619) 840-2506

CLEAR FORM

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Cynthia Paulding

Plaintiff(s),

v.

Church of Scientology International, a California Corporation

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    Plaintiff Cynthia Paulding
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Plaintiff Cynthia Paulding | 1. Plaintiff in case |
| 2. Attorney Thomas A. Rist | 2. Attorney in case |
| 3. Attorney Kevin Davis | 3. Attorney in West Virginia assisting on case |
| 4. Attorney Nathan Chill | 4. Attorney in West Virginia assisting on case |

September 28, 2025
Date

/s/ Thomas A. Rist
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Cynthia Paulding