Thomas A. Rist (SBN 238090)
**RIST LAW OFFICE, LC**
2221 Camino Del Rio South, Suite 300
San Diego, CA 92108
Tel: (619) 377-4660
tom@sdvictimlaw.com
*Attorney for Plaintiff Cynthia Paulding*

Brad Snyder (SBN 108643)
**SNYDER LAW FIRM, PLC**
20969 Ventura Boulevard, Suite 228
Woodland Hills, CA 91364
brad@snyderlawfirmplc.com

*Attorney for Defendant Church of
Scientology International*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA PAULDING,<br><br>    *Plaintiff,*<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, a California Corporation; and DOES 1 through 10, inclusive,<br><br>    *Defendants.* | **Case No.: 2:25-cv-09260-SVW-AYP**<br><br>Hon. Stephen V. Wilson<br><br>**JOINT STIPULATION AND REQUEST FOR SCHEDULING ORDER; AND [PROPOSED] SCHEDULING ORDER**<br><br>Complaint Filed: September 28, 2025<br>Trial Date: August 11, 2026 |

## JOINT STIPULATION AND REQUEST FOR SCHEDULING ORDER

Plaintiff Cynthia Paulding ("Plaintiff") and Defendant Church of Scientology International ("Defendant"), by and through their respective counsel of record, hereby jointly stipulate and respectfully request that the Court issue a Scheduling Order in the above-captioned matter pursuant to Federal Rule of Civil Procedure 16(b).

## RECITALS

1.    **Status of the Case.** This action was filed on September 28, 2025. The parties have conducted their Rule 26(f) conference as required by the Federal Rules of Civil Procedure and have exchanged initial disclosures pursuant to Rule 26(a)(1). The parties have exchanged written discovery.

2.    **No Scheduling Order Issued.** To date, the Court has not issued a Scheduling Order in this matter pursuant to Federal Rule of Civil Procedure 16(b). In the interest of ensuring orderly and efficient management of this litigation, the parties jointly request that the Court enter a Scheduling Order consistent with the proposed dates set forth herein.

3.    **Meet and Confer.** Counsel for all parties have met and conferred regarding the proposed schedule set forth below. The proposed dates are calculated to provide sufficient time for the parties to complete fact and expert discovery, file any dispositive motions, and prepare for trial, while remaining consistent with the existing trial date of August 11, 2026.

4.    **Nature of the Case.** This is a personal injury action arising from a slip and fall incident that occurred on September 29, 2023 on the sidewalk adjacent to the premises located at 6724 Hollywood Boulevard, Los Angeles, California, operated by Defendant. Plaintiff alleges claims for Negligence, Negligence Per Se, and Gross Negligence.

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel, that the Court should enter a Scheduling Order based upon the following proposed dates:

| Event / Deadline | Proposed Date |
| --- | --- |
| Last day to add parties or amend pleadings | May 31, 2026 |
| Fact discovery cutoff | June 30, 2026 |
| Initial expert disclosures (Fed. R. Civ. P. 26(a)(2)) | May 29, 2026 |
| Rebuttal expert disclosures | June 18, 2026 |
| Expert discovery cutoff | July 31, 2026 |
| Last day to file dispositive motions | June 15, 2026 |
| Opposition to dispositive motions due | June 30, 2026 |
| Reply in support of dispositive motions due | July 7, 2026 |
| Hearing on dispositive motions | July 13, 2026 |
| Final Pretrial Conference | August 4, 2026 |
| Trial Date (Jury) | August 11, 2026 |

The parties respectfully request that the Court adopt the foregoing schedule or enter such other scheduling order as the Court deems appropriate.

**IT IS SO STIPULATED.**

Dated: __April 10__ , 2026

**RIST LAW OFFICE, LC**

/s/ *Thomas A. Rist*

Thomas A. Rist
Attorney for Plaintiff Cynthia Paulding

Dated: __April 10__ , 2026

**SNYDER LAW FIRM, PLC**

/s/ *Brad Snyder*

Brad Snyder
Attorney for Defendant Church of
Scientology International

**CERTIFICATE OF SERVICE**

I, Ana Oliver, declare as follows:

My address is 20969 Ventura Boulevard, Suite 228, Woodland Hills, California, which is located in the county where the service described below took place.

On, April 10, 2026, I electronically filed the foregoing document(s) described as: **JOINT STIPULATION AND REQUEST FOR SCHEDULING ORDER; AND[PROPOSED] SCHEDULING ORDER** on all interested parties as follows:

**CM/ECF NOTICE OF ELECTRONIC FILING:** By causing such document listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list attached obtained from this Court on the Electronic Mail Notice List.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed **April 10, 2026**, at Woodland Hills, California.

_____          _____
   Ana Oliver                                    *Signature*
   *Printed Name*

**SERVICE LIST**

Thomas A Rist
Rist Law Office, LC
2221 Camino Del Rio South, Suite 300
San Diego, CA 92108
619-377-4660
Email: tom@sdvictimlaw.com
*Attorney for CYNTHIA PAULDING*