**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA PAULDING, | **Case No.: 2:25-cv-09260-SVW-AYP** |
| *Plaintiff,* | Hon. Stephen V. Wilson |
| v. | **[PROPOSED] SCHEDULING ORDER RE:  JOINT STIPULATION** |
| CHURCH OF SCIENTOLOGY INTERNATIONAL, a California Corporation; and DOES 1 through 10, inclusive, | Complaint Filed: September 28, 2025 Trial Date: August 11, 2026 |
| *Defendants.* | |

**[PROPOSED] SCHEDULING ORDER**

The Court, having reviewed the parties' Joint Stipulation and Request for Scheduling Order, and good cause appearing therefor, hereby ORDERS as follows:

| Event / Deadline | Proposed Date |
|---|---|
| Last day to add parties or amend pleadings | May 31, 2026 |
| Fact discovery cutoff | June 30, 2026 |
| Initial expert disclosures (Fed. R. Civ. P. 26(a)(2)) | May 29, 2026 |
| Rebuttal expert disclosures | June 18, 2026 |
| Expert discovery cutoff | July 31, 2026 |
| Last day to file dispositive motions | June 15, 2026 |
| Opposition to dispositive motions due | June 30, 2026 |
| Reply in support of dispositive motions due | July 7, 2026 |
| Hearing on dispositive motions | July 13, 2026 |
| Final Pretrial Conference | August 4, 2026 |
| Trial Date (Jury) | August 11, 2026 |

All other applicable provisions of the Federal Rules of Civil Procedure and the Local Rules of this Court shall apply.

**IT IS SO ORDERED.**

Dated: _____    _____

Hon. Stephen V. Wilson
United States District Judge