**Thomas A. Rist (SBN 238090)**
**RIST LAW OFFICE, LC**
2221 Camino Del Rio South, Suite 300
San Diego, CA 92108
Tel: (619) 377-4660
tom@sdvictimlaw.com
Attorney for Plaintiff Cynthia Paulding

**Brad Snyder (SBN 108643)**
**SNYDER LAW FIRM, PLC**
20969 Ventura Boulevard, Suite 228
Woodland Hills, CA 91364
brad@snyderlawfirmplc.com
Attorney for Defendant Church of Scientology
International

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA PAULDING, <br> *Plaintiff,* <br><br> v. <br><br> CHURCH OF SCIENTOLOGY INTERNATIONAL, a California Corporation; and DOES 1 through 10, inclusive, <br><br> *Defendants.* | **Case No.: 2:25-cv-09260-SVW-AYP** <br> Hon. Stephen V. Wilson <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; AND [PROPOSED] ORDER OF DISMISSAL** <br><br> Complaint Filed: September 28, 2025 <br> Trial Date: August 11, 2026 |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Cynthia Paulding ("Plaintiff") and Defendant Church of Scientology International ("Defendant"), by and through their respective counsel of record, hereby jointly stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:

### RECITALS

1. This action was filed by Plaintiff on September 28, 2025, asserting claims for Negligence, Negligence Per Se, and Gross Negligence arising from a slip and fall incident that occurred on September 29, 2023, on the sidewalk adjacent to the premises located at 6724 Hollywood Boulevard, Los Angeles, California.

2. The parties have reached a full and final settlement of all claims, causes of action, and matters in dispute in this action.

3. In light of the settlement, the parties jointly stipulate to the dismissal of this entire action, including all claims and causes of action, with prejudice, each party to bear its own attorneys' fees and costs.

### STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Cynthia Paulding and Defendant Church of Scientology International, through their respective counsel of record, that:

1.  The above-captioned action, including all claims and causes of action asserted therein, is hereby dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2.  Each party shall bear its own attorneys' fees, expenses, and costs of suit.

3.  The parties respectfully request that the Court enter an Order of Dismissal with Prejudice consistent with this Stipulation.

**IT IS SO STIPULATED.**

Dated: May 18, 2026

**RIST LAW OFFICE, LC**

_____
Thomas A. Rist
Attorney for Plaintiff Cynthia Paulding

Dated: May 18, 2026

**SNYDER LAW FIRM, PLC**

_____
Brad Snyder
Attorney for Defendant Church of Scientology International