**Thomas A. Rist (SBN 238090)**
**RIST LAW OFFICE, LC**
2221 Camino Del Rio South, Suite 300
San Diego, CA 92108
Tel: (619) 377-4660
tom@sdvictimlaw.com
Attorney for Plaintiff Cynthia Paulding

**JS-6**

**Brad Snyder (SBN 108643)**
**SNYDER LAW FIRM, PLC**
20969 Ventura Boulevard, Suite 228
Woodland Hills, CA 91364
brad@snyderlawfirmplc.com
Attorney for Defendant Church of Scientology
International

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA PAULDING,<br>      *Plaintiff,*<br><br>v.<br><br>CHURCH OF SCIENTOLOGY INTERNATIONAL, a California Corporation; and DOES 1 through 10, inclusive,<br><br>      *Defendants.* | **Case No.: 2:25-cv-09260-SVW-AYP**<br>Hon. Stephen V. Wilson<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br>Complaint Filed: September 28, 2025 |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed and considered the parties' Joint Stipulation for Dismissal with Prejudice, and good cause appearing therefor, hereby ORDERS as follows:

1. The above-captioned action, Case No. 2:25-cv-09260-SVW-AYP, including all claims and causes of action asserted therein, is hereby DISMISSED WITH PREJUDICE in its entirety.

2. Each party shall bear its own attorneys' fees, expenses, and costs of suit.

3. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: May 28, 2026

_____

Hon. Stephen V. Wilson
United States District Judge